# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Tena Campbell

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Theresa Brown
INTERPRETER:

CASE NO. 00-C-84, 00-C-86, 00-C-169

Bowman v. Teen Help; Alva v. Teen Help; Kimzey v. Spring Creek Lodge

Approved By:_____

## APPEARANCE OF COUNSEL

Pla   Thomas Burton, Esq.
Dft   Spencer Siebers, Esq.

DATE: 1/23/02

MATTER SET: Status

DOCKET ENTRY:

The court denies all motions for default because they are moot. All motions for leave to file are granted. The only motions pending are motions to strike and motions for sanctions. The plaintiff will have ten days to reply to motions to strike. The court will make a ruling on the briefs. All cases will be set for IPT's before the Magistrate Judge.