FILED
CLERK, U.S. DISTRICT COURT

17 DEC 03 AM 10: 32

DISTRICT OF UTAH

BY:
_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SERGIO ALVA, LUZ ALVA, and SILVIA ALVA,<br><br>Plaintiffs<br><br>vs.<br><br>TEEN HELP, a partnership; WORLDWIDE ASSOCIATION OF SPECIALTY PROGRAMS, a corporation; RESOURCE REALIZATIONS, a corporation; R&B BILLING, a corporation; DIXIE CONTRACT SERVICES, a corporation; TEEN HELP ESCORT SERVICES, a corporation; KEN KAY; ROBERT B. LICHFIELD; KARR FARNSWORTH; BRENT M. FACER,<br><br>Defendants. | ORDER<br><br>Case No. 2:00-CV-169TC |

For the reasons set forth at the conclusion of the December 16, 2003 hearing, Defendants'

Motion for Summary Judgment is GRANTED.

SO ORDERED this __16__ day of December, 2003.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
United States District Judge

58

United States District Court
for the
District of Utah
December 17, 2003

alt

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:   2:00-cv-00169

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

> Mr. Fred R. Silvester, Esq.
> SILVESTER & CONROY LC
> 230 S 500 E STE 590
> SALT LAKE CITY, UT  84102
> EMAIL
>
> Wesley D. Hutchins, Esq.
> SCALLEY & READING PC
> 50 S MAIN ST STE 950
> PO BOX 11429
> SALT LAKE CITY, UT  84147-0429
> EMAIL
>
> Mr. Thomas M Burton, Esq.
> 5820 STONERIDGE MALL RD STE 100
> PO BOX 11056
> PLEASANTON, CA  94588
> EMAIL